

RECEIVED
JUN 13 2011
CHAM... OF
COLL... ...

**FELDMAN LAW GROUP, P.C.**
PATENT, COPYRIGHT AND TRADEMARK LAW
220 EAST 42nd STREET, SUITE 3304
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 532-8585
TELEFAX: (212) 532-8598
www.feldman-law.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/11

LONG ISLAND OFFICE
120 MAIN STREET (ROUTE 25A)
HUNTINGTON, NEW YORK 11743

June 13, 2011

***VIA FACSIMILE***

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 14C
New York, NY 10007-1312

6/16/2011 ok

MEMO ENDORSED

Re: Productos De Leche S.A. De C.V. v. Queseria Chipilo, Inc.; No: 11-CV-3076

Dear Judge McMahon:

We represent Defendant Queseria Chipilo, Inc. ("Defendant") in the above referenced matter. We write to follow up on our initial request for an extension of time to file an answer or otherwise respond to Productos De Leche S.A. De C.V.'s ("Plaintiff") complaint.

Defendant's answer is currently due today, June 13, 2011. On June 8, 2011, with Plaintiff's consent, we wrote Your Honor requesting an extension of time to file an answer or otherwise respond in the matter on June 30, 2011. As per our conversation with Chambers earlier today, we learned that Your Honor will be away from office until Wednesday, June 15, 2011.

In view of the above, we respectfully request that the Court allow Defendant to file an answer or otherwise respond on June 30, 2011.

Respectfully Submitted,

Kalpana Nagampalli

cc: Queseria Chipilo, Inc.
Brett E. Lewis, *Attorney for Plaintiff*

# FaxTransmission

**Feldman Law Group PC**
220 East 42nd Street, Suite 3304
New York, New York 10017
(212) 532-8585  Fax (212) 532-8598

| | | | |
|---|---|---|---|
| **To:** | Judge Colleen McMahon | **From:** | Kalpana Nagampalli, Feldman Law Group PC |
| **Fax #:** | 212-805-6326 | **Re:** | Productos De Leche S.A. De C.V. v. Queseria Chipilo, Inc., 11-CV-3076 |
| **Phone#:** | | | |
| **Date:** | June 13, 2011 | | |
| **Pages:** | 2, including this cover sheet | | |

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THEIR AGENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE DOCUMENTS AT NO COST TO YOU. THANK YOU.